KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 8/3/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00361 RMW |
| ) | |
|    Plaintiff, ) | **UNITED STATES'** |
| ) | **FINDINGS OF EXCLUDABILITY OF** |
|    v. ) | **TIME UNDER THE SPEEDY TRIAL** |
| ) | **ACT [18 U.S.C. §§ 3161** *et seq.***]** |
| CATHY LYNN LONGLEY, ) | |
| ) | Date: N/A |
|    Defendant. ) | Time: N/A |

COMES NOW THE UNITED STATES OF AMERICA, represented by Assistant United States Attorney Gary G. Fry, and, pursuant to an oral order of the court issued on July 31, 2006, files proposed written findings excluding time from the requirements of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*. Said findings conform to those first made orally from the bench on Monday July 31, 2006.

Date: Monday July 31, 2006                              KEVIN V. RYAN
                                                                             United States Attorney

                                                                                    /S/

                                                                             GARY G. FRY
                                                                             Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00361 RMW |
| ) | |
| Plaintiff, ) | **ORDER OF THE COURT EXCLUDING TIME FROM THE SPEEDY TRIAL ACT [18 U.S.C. §§ 3161 *et seq.*]** |
| ) | |
| v. ) | |
| ) | |
| CATHY LYNN LONGLEY, ) | Date: N/A |
| ) | Time: N/A |
| Defendant. ) | |
| ) | |

On motion of the United States, made orally on July 31, 2006 , and without objection from the defendant, the court FINDS as follows.

In this case, counsel for the defense plans to be unavailable and out of her office for two weeks in August of 2006. She also needs time to review discovery submitted to her by the government..

Therefore, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), the court excludes 33 days (*i.e.*, from July 31, 2006, to August 28, 2006) to allow counsel for the defendant reasonable time for effective preparation (taking into account the exercise of due diligence). The court FINDS that the ends of justice served by this delay outweigh the best interests of the public and the

Order of the Court Excluding Time
[CR 06-00361 RMW]

1  defendant (who has not objected) in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2      The court further finds, based on the facts, that said delay is also necessary to provide the

3  defendant with continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

4      Therefore, based on the foregoing, the court ORDERS that a period of 33 days, *i.e.,* from

5  July 31, 2006, to August 28, 2006, is hereby excluded from the period of time that trial in this

6  matter would otherwise have to commence under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et*

7  *seq.*

8      IT IS SO ORDERED.

10 Date: 8/3/06            /S/ RONALD M. WHYTE
                                                                   HON. RONALD M. WHYTE
11                                                                  United States District Judge
                                                                 Northern District of California