KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

\*E-FILED - 11/9/06\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00361 RMW |
|    Plaintiff, ) | **UNITED STATES' FINDINGS OF EXCLUDABILITY OF TIME UNDER THE SPEEDY TRIAL ACT [18 U.S.C. §§ 3161 *et seq.*]** |
| v. ) | |
| CATHY LYNN LONGLEY, ) | Date:  N/A |
|    Defendant. ) | Time:  N/A |

     COMES NOW THE UNITED STATES OF AMERICA, represented by Assistant United States Attorney Gary G. Fry, and, pursuant to an oral order of the court issued on May 23, 2006, files proposed written findings excluding time from the requirements of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*. Said findings conform to those first made orally from the bench on May 23, 2006.

Date: October 23, 2006
                                                          KEVIN V. RYAN
                                                          United States Attorney

                                                          /S/

                                                          GARY G. FRY
                                                          Assistant United States Attorney

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>         Plaintiff,                              )<br>                                                       )<br>    v.                                             )<br>                                                       )<br>CATHY LYNN LONGLEY,          )<br>                                                       )<br>         Defendant.                          )<br>_____)  | No.CR 06-00361 RMW<br><br>**ORDER OF THE COURT EXCLUDING TIME FROM THE SPEEDY TRIAL ACT [18 U.S.C. §§ 3161 *et seq.*]**<br><br>Date:  N/A<br>Time:  N/A |

On motion of the United States, made orally on October 23, 2006, and without objection from the defendant, the court FINDS as follows.

In this case, defense counsel has indicated that she wants more time to research and possibly obtain evidence uselful in seeking mitigation at sentencing.

Therefore, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), the court excludes 49 days (*i.e.*, from October 23, 2006, to December 11, 2006) to allow counsel for the defendant reasonable time for effective preparation (taking into account the exercise of due diligence). The court FINDS that the ends of justice served by this delay outweigh the best interests of the public and the defendant (who has not objected) in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Order of the Court Excluding Time
[CR 06-00361 RMW ]

1  Therefore, based on the foregoing, the court ORDERS that a period of 49 days, *i.e.,* from
2  October 23, 2006, to December 11, 2006, is hereby excluded from the period of time that trial in
3  this matter would otherwise have to commence under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et*
4  *seq.*
5  IT IS SO ORDERED.

7  Date: __11/9/06__          /s/ Ronald M. Whyte
                              HON. RONALD M. WHYTE
8                             United States District Judge
                              Northern District of California