KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 11/17/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR 06-00361 RMW |
|                    ) | |
|      Plaintiff,           ) | **UNITED STATES'** |
|                    ) | **FINDINGS OF EXCLUDABILITY OF** |
|    v.                ) | **TIME UNDER THE SPEEDY TRIAL** |
|                    ) | **ACT [18 U.S.C. §§ 3161 _et seq._]** |
| CATHY LYNN LONGLEY,      ) | |
|                    ) | Date:  N/A |
|      Defendant.         ) | Time:  N/A |
|                    ) | |

     COMES NOW THE UNITED STATES OF AMERICA, represented by Assistant United

States Attorney Gary G. Fry, and, pursuant to an oral order of the court issued on November 13,

2006,  files proposed written findings excluding time from the requirements of the Speedy Trial

Act, 18 U.S.C. §§ 3161 _et seq_. Said findings conform to those first made orally from the bench

on November 13, 2006.


Date: November 13, 2006                                 KEVIN V. RYAN
                                          United States Attorney

                                        /s/

                                        GARY G. FRY
                                        Assistant United States Attorney

1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11         SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,           )        No.CR 06-00361 RMW
                                         )
14          Plaintiff,                   )        **ORDER OF THE COURT EXCLUDING**
                                         )        **TIME FROM THE SPEEDY TRIAL**
15      v.                               )        **ACT [18 U.S.C. §§ 3161 *et seq.*]**
                                         )
16  CATHY LYNN LONGLEY,                  )        Date:  N/A
                                         )        Time:  N/A
17          Defendant.                   )
                                         )
18  ────────────────────────────────────

19          On motion of the United States, made orally on November 13, 2006, and without

20  objection from the defendant, the court FINDS as follows.

21          Defense counsel is attempting to get state court documents that may be relevant to

22  sentencing and settlement efforts. She has learned that some of them are being help under seal.

23  She therefore needs to file a motion to unseal them. She does not anticipate that the motion will

24  be opposed, but she needs time to accomplish it.

25          Therefore, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), the court excludes 28 days (*i.e.*,

26  from November 13, 2006, to December 11, 2006) to allow counsel for the defendant reasonable

27  time for effective preparation (taking into account the exercise of due diligence). The court

28  FINDS that the ends of justice served by this delay outweigh the best interests of the public and

Order of the Court Excluding Time
[CR 06-00361 RMW ]

1  the defendant, who has not objected, in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2    Therefore, based on the foregoing, the court ORDERS that a period of 28 days, *i.e.,* from

3  November 13, 2006, to December 11, 2006, is hereby excluded from the period of time that trial

4  in this matter would otherwise have to commence under the Speedy Trial Act, 18 U.S.C. §§ 3161

5  *et seq.*

6    IT IS SO ORDERED.

7

8  Date:  11/17/06            /s/ Ronald M. Whyte

9                     HON. RONALD M. WHYTE
                   United States District Judge

10                    Northern District of California