BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LONGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/6/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00361 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| CATHY LYNN LONGLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION

The parties hereby stipulate and agree that the status hearing currently set for Monday, January 29, 2007, may be continued to Monday, February 5, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the government to consider and respond to a settlement proposal tendered this week by the defense.  The parties further stipulate that the one-week delay may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), on the ground that the defense's efforts to obtain records and documents from relevant ancillary state court proceedings are continuing.

Stipulation and [] Order Continuing
Hearing                                                                              1

Dated: January 29, 2007

                                  s/_____
                                  CYNTHIA C. LIE
                                  Assistant Federal Public Defender

Dated: January 29, 2007

                                  s/_____
                                  GARY FRY
                                  Assistant United States Attorney

### [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Monday, January 29, 2007 to Monday, February 5, 2007, at 9:00 a.m. It is further ordered that the one-week period of delay shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the time reasonably necessary for the effective preparation of counsel.

Dated: February 6, 2007

                                  *Ronald M. Whyte*
                                  _____
                                  RONALD M. WHYTE
                                  United States District Judge