1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LONGLEY

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                                      *E-FILED - 3/5/07*
10
   UNITED STATES OF AMERICA,       )   No. CR-06-00361 RMW
11                                 )
                   Plaintiff,      )   STIPULATION AND []
12                                 )   ORDER CONTINUING HEARING
   vs.                             )
13                                 )
   CATHY LYNN LONGLEY,             )
14                                 )
                   Defendant.      )
15 _____ )

16                              **STIPULATION**

17       The parties hereby stipulate and agree that the status hearing currently set for Monday,

18 March 5, 2007 may be continued to Monday, March 19 at 9:00 a.m.  The reason for the requested

19 continuance is that the parties have reached a tentative disposition, which will require additional

20 time to be finalized and approved.

21 Dated: February 28, 2007

22                                    s/_____
                                      CYNTHIA C. LIE
23                                    Assistant Federal Public Defender

24 Dated: February 28, 2007

25                                    s/_____
                                      GARY FRY
26                                    Assistant United States Attorney

Stipulation and [] Order Continuing
Hearing                                    1

1 **[] ORDER**

2  Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

3 hearing in the above-captioned matter shall be continued from Monday, March 5, 2007, to

4 Monday, March 19, 2007 at 9:00 a.m.

5

6 Dated: March  5 , 2007

*Ronald M. Whyte*

7 RONALD M. WHYTE
United States District Judge

Stipulation and ] Order Continuing
Hearing                                        2