UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
        Plaintiff,

- vs -

CATHY LYNN LONGLEY
        Defendant.

Docket No. CR 06-00361-01 RMW

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 29th day of May 2007, be continued until the 20th day of August 2007, at 9:00 a.m.

5/8/07
DATE

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge