BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LONGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/20/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00361 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING |
| ) | |
| CATHY LYNN LONGLEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

The parties hereby stipulate and agree that the sentencing hearing currently set for Monday, August 20, 2007 may be continued to Monday, October 15, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the completion of the presentence investigation while allowing the parties sufficient time to raise and brief objections under Crim. L. R. 25 and 27.  United States Probation Officer Benjamin Flores concurs in this request.

Dated: August 6, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Stipulation and [] Order Continuing
Hearing                                                              1

1  Dated: August 7, 2007

2                                               s/_____
                                             GARY FRY
3                                               Assistant United States Attorney

4

5                                                                 **[] ORDER**

6        Good cause appearing and by stipulation of the parties, it is hereby ordered that the

7  sentencing hearing in the above-captioned matter shall be continued from Monday, August 20,

8  2007, to Monday, October 15, 2007 at 9:00 a.m.

9

10  Dated: August 20, 2007                    *Ronald M. Whyte*
11                                               RONALD M. WHYTE
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Hearing                                                2